UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>EMMA B. MASSET,<br><br>Defendant. | ECF Case<br><br>No. 08 Civ. 6336 (SCR)<br><br>**PROOF OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, SARAH E. LIGHT declares as follows:

1. I am the Assistant United States Attorney assigned to represent the United States of America (the "United States") in the above-captioned action, and am fully familiar with all the facts stated herein.

2. On or about July 23, 2008, I caused a copy of the Summons and Complaint to be served on defendant Emma B. Masset by personal delivery. Attached hereto as Exhibit A is the Affidavit of Service and original Summons for the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

SARAH E. LIGHT
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2774
Fax. (212) 637-2686

**AFFIDAVIT OF SERVICE**            Index #: 08 CIV 6336
                                     Date Purchased: July 15, 2008
                                     Date Filed: _____
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                     Court Date: _____
COUNTY

ATTORNEY(S): Sarah E. Light AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2774
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

UNITED STATES OF AMERICA,
vs.
EMMA B. MASSET,                                          *Plaintiff(s)/Petitioner(s)*

                                                         *Defendant(s)/Respondent(s)*

STATE OF **New Jersey**, COUNTY OF **Essex**    SS.:
**Raymond Kearney**, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On **July 23, 2008** at **7:35 PM**
at **242 CLOVE ROAD  MONTAGUE, NEW JERSEY 07827**, deponent served the within
**Summons In A Civil Action, Complaint, Individual Practices of Judge Stephen C. Robinson, Consent To Proceed Before United States Magistrate Judge and Electronic Case Filing Rules & Instructions**
with Index Number **08 CIV 6336**, and Date Purchased **July 15, 2008** endorsed thereon,
on:                 **EMMA B. MASSET**                     ,    **Defendant**    therein named.

#1 INDIVIDUAL  [✓] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION  [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON  [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY  [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC  [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION  [✓] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)    Sex **FEMALE**  Color of skin **WHITE**  Color of hair **GRAY**  Age **65-70**  Height **5' 4"**
Weight **140**  Other Features: _____

#8 WIT. FEES  [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARY SRVC  [✓] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of **NJ** and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#10 OTHER  [ ] _____

Sworn to before me on this **23rd** day of **July, 2008**          X _/s/ Raymond Kearney_
                                                               Process Server
X _/s/ Notary_                                                 Please Print Name Below Signature
ROBERT CIFELLI                                                 **Raymond Kearney**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 6, 2008
                                                               Invoice•Work Order # 0832537

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

UNITED STATES OF AMERICA

V.

EMMA B. MASSET

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6336

TO: (Name and address of Defendant)

Emma B. Masset
242 Clove Road
Montague, NJ 07827

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah E. Light
Assistant U.S. Attorney, S.D.N.Y.
86 Chambers St., 3rd Floor
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 15 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     *Date*                     *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.